IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE BANK OF NEW YORK MELLON,  §
                                                           §
       **Plaintiff,**                                  §
                                                           §
v.                                                       §            No. 3:15-CV-2922-M
                                                           §
KRISTY N. HARGROVE, and                §
WENDELL E. HARGROVE,               §
                                                           §
       **Defendants.**                             §

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE
AND REMANDING CASE**

The Court has under consideration the Findings, Conclusions and Recommendation of the

United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings,

Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings,

Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the above styled case be remanded to County Court

No. 5 of Dallas County, Texas.

**SO ORDERED** this 12th day of November, 2015.


**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**